■ In the Matter of PAUL SIMMONS, Petitioner, v WILLIAM MOGULESCU, Respondent. [872 NYS2d 687]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Tom, J.P., Gonzalez, Buckley, Sweeny and Catterson, JJ.